SADELLE HURWISS, d/b/a J. J. HURWISS INSURANCE SERVICE, Plaintiff-Appellee, *v.* FLORENCE SILVER, d/b/a 3157 WASHINGTON BOULEVARD CORPORATION, Defendant-Appellant.

(No. 58432;

First District (3rd Division)—August 30, 1973.

PER CURIAM.
SCHWARTZ, J., took no part.

Keith and Zells, of Chicago, (Michael Wexler, of counsel,) for appellant.

Martin, Drucker, Karcazes & Kite, Ltd., of Chicago, (John T. Duax, of counsel,) for appellee.